UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| RYAN BURRESS and | § | |
| AMANDA BURRESS, | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | MO:18-CV-077-DC |
| | § | |
| TEXAS TECH UNIVERSITY HEALTH | § | |
| SCIENCES CENTER, | § | |
| *Defendant*. | § | |

**FINAL JUDGMENT**

The Court recently entered its Order Granting Defendant's Motion to Dismiss Based on Eleventh Amendment Immunity. (Doc. 24). The Court, after reviewing the relevant law and the parties' pleadings, found that the Eleventh Amendment bars this Court from hearing Plaintiffs Ryan Burress and Amanda Burress' medical malpractice claim against Defendant Texas Tech University Health Sciences Center.

Thus, pursuant to Federal Rule of Civil Procedure 58, the Court enters final judgment in this cause and **DISMISSES** Plaintiff's Complaint without prejudice. The Court further **ORDERS** the Clerk of the Court to administratively **CLOSE** this case.

It is so **ORDERED.**

SIGNED this 15th day of February, 2019.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE